UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARVIK,<br><br>     Plaintiff,<br><br>     v.<br><br>THE SCREEN ACTORS GUILD,<br><br>     Defendant. | Case No.: 1:21-cv-01106-AWI-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>(Doc. No. 3) |

Steve Marvik seeks to proceed *pro se* and *in forma pauperis* in this action against the screen actors guild. (*See* Doc. No. 1.) On July 22, 2021, the court issued findings and recommendations recommending that the complaint be dismissed without prejudice and plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 3.) The findings and recommendations were served on plaintiff and contained notice that objections were due within thirty days. (*Id*. at 4.) No objections have been filed to the pending findings and recommendations, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated July 22, 2021 (Doc. No. 3) are adopted in full;
2. Plaintiff's complaint is dismissed without prejudice;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied; and
4. The clerk of court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   September 1, 2021                    _____
                                              SENIOR DISTRICT JUDGE